IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAYNE DIXON, | : | CRIMINAL ACTION |
| | : | No. 12-620 |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 14-5647 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## **O R D E R**

**AND NOW**, this **30th** day of **December, 2015,** for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 60) is **DENIED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**